JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL MONEY MANAGEMENT, INC., a Florida Corporation, with its principal place of business in California,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS NOCEDA a/k/a CARLOS OSCAR JULIO NOCEDA MORENO, an individual, a citizen of Peru,<br><br>　　　　　Defendant. | CASE NO. SACV11-00505 JST (RNBx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to stipulation and agreement by the parties, that this matter is dismissed with prejudice.


DATED: July 18, 2012

　　　　　　　　　　　　　　　　　　　**JOSEPHINE STATON TUCKER**
　　　　　　　　　　　　　　　　　　　Hon. Josephine Staton Tucker
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

1